IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Eugene F. Koren, Robert E. Mjolsness, Richard G. Olson, John H. Stinson, and William R. Truehler, for and in behalf of themselves and other persons similarly situated,

Plaintiffs,

vs.

SUPERVALU INC. and Preferred Products, Inc.,

Defendants.

Civil Action No. 00-1479 PAM/JGL

**AMENDED STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND AND ORDER**

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate that defendants have until and including July 28, 2000, to answer or otherwise respond to the Summons and Complaint that plaintiffs served upon defendants in the above matter. The parties, by and through their undersigned counsel, further agree that this Stipulation in no manner constitutes a waiver by defendants of any matter, any defense, any affirmative defense, and/or any arguments under law or equity, including but expressly not limited to those defenses available pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure.

FILED 7.27.00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WINTHROP & WEINSTINE, P.A.

Dated: July 26, 2000

Stephen J. Snyder #103019
Craig A. Brandt #214036
Darrell E. Graham #290890
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400
*Attorneys for Plaintiffs*

FLYNN & GASKINS, L.L.P.

Dated: July 26, 2000

Barbara Jean D'Aquila #2112X
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, Minnesota 55402
(612) 333-9500
*Attorneys for Defendants*

**ORDER**

IT IS HEREBY ORDERED, pursuant to the above stipulation of counsel: that defendants have until and including July 28, 2000, to answer or otherwise respond to the Summons and Complaint that plaintiffs served upon defendants; and that this Stipulation and Order in no manner constitute a waiver by defendants of any matter, any defense, any affirmative defense, and/or any arguments under law or equity, including but expressly not limited to those defenses available pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure.

Jonathan G. Lebedoff
United States Magistrate Judge