RECEIVED
OCT 02 2000
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Eugene F. Koren, Robert E. Mjolsness, Richard G. Olson, John H. Stinson, and William R. Troehler, for and in behalf of themselves and other persons similarly situated,

Plaintiffs,

vs.

SUPERVALU INC. and Preferred Products, Inc.,

Defendants.

Civil Action No. 00-1479 PAM/JGL

**STIPULATION FOR EXTENSION OF TIME TO SERVE DISCOVERY RESPONSES AND ORDER**

## STIPULATION

The parties, by and through their undersigned counsel, hereby stipulate upon defendants' request, that the time allowed for serving discovery responses is extended to the following:

a) October 16, 2000—defendants' responses to Plaintiffs' First Set of Interrogatories and First Request for Production of Documents to Defendants.

b) October 19, 2000—plaintiffs' responses to Defendants' Request for Production of Documents and Things to Plaintiffs: Set One.

c) October 23, 2000—plaintiffs' responses to Defendants' Interrogatories to Plaintiffs;

d) October 25, 2000—defendants' responses to Plaintiffs' Second Set of Interrogatories.

FILED 10-3-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WINTHROP & WEINSTINE, P.A.**

Dated: October 2, 2000

Stephen J. Snyder #103019
Craig A. Brandt #214036
Darrell E. Graham #290890
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400
***Attorneys for Plaintiffs***

**FLYNN & GASKINS, L.L.P.**

Dated: October 2, 2000

Barbara Jean D'Aquila #2112X
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorney for Defendants***

**ORDER**

IT IS HEREBY ORDERED, pursuant to the above stipulation of counsel, that the time allowed for serving discovery responses is extended to the following:

a) October 16, 2000—defendants' responses to Plaintiffs' First Set of Interrogatories and First Request for Production of Documents to Defendants.

b) October 19, 2000—plaintiffs' responses to Defendants' Request for Production of Documents and Things to Plaintiffs: Set One.

c) October 23, 2000—plaintiffs' responses to Defendants' Interrogatories to Plaintiffs;

d) October 25, 2000—defendants' responses to Plaintiffs' Second Set of Interrogatories.

Oct. 3, 2000

Jonathan G. Lebedoff
United States Magistrate Judge