UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eugene F. Koren, Robert E. Mjolsness, Richard G. Olson, John H. Stinson, Glenn E. Fischer, and William Troehler, on behalf of themselves and other persons similarly situated,

Civ. File No. 00-1479 (PAM/JGL)

Plaintiffs,

v.

**ORDER**

Supervalu, Inc. and Preferred Products,

Defendants.

---

This matter is before the Court on Plaintiffs' February 8, 2001, letter requesting leave to file and serve a supplemental memorandum of law and supplemental record materials in response to Defendants' Motion to Dismiss. The Court has carefully reviewed Plaintiffs' submission and Defendants' response thereto. On the basis of that review, the Court grants Plaintiffs' request.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' letter of February 8, 2001, is treated as a Motion for Leave to File Supplemental Memorandum and Supplemental Record Materials;

FEB 14 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiffs' Motion for Leave to File Supplemental Memorandum and Supplemental Record Materials is **GRANTED**; and

3. Plaintiffs may file and serve a supplemental memorandum, not to exceed ten pages in length, and supplemental record materials on or before February 23, 2001.

Dated: February 14, 2001

Paul A. Magnuson
United States District Court Judge