UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eugene F. Koren, Robert E. Mjolsness, Richard G. Olsen, John H. Stinson, and William R. Troehler, for and in behalf of themselves and other persons similarly situated,

Civil File No. 00-1479 (PAM/JGL)

Plaintiffs,

v.

**ORDER**

Supervalu, Inc. and Preferred Products, Inc.,

Defendants.

---

This matter is before the Court on Plaintiffs' appeal of United States Magistrate Judge Jonathan G. Lebedoff's Order dated January 19, 2001, in which Magistrate Judge Lebedoff denied Plaintiffs' motion to add Glenn E. Fischer ("Fischer") as a named plaintiff. Also before the Court is Defendants' Motion to Dismiss Fischer, filed with the Court after Magistrate Judge Lebedoff issued the Order denying Plaintiffs' Motion to Amend. The two Motions involve the same substantive issues, and the parties acknowledge that a ruling as to one of the Motions dictates the outcome of the other.[1] That is, if Magistrate Judge Lebedoff's Order is affirmed, Fischer may not become a party to this lawsuit in any capacity and Defendants' Motion to Dismiss is moot.

---

[1] At oral argument, Defendants' attorney conceded that the Motion to Dismiss would be proper only if the Magistrate Judge's Order were reversed.

FILED MAR 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

As an initial matter, Plaintiffs argue that given the dispositive nature of the ruling, Magistrate Judge Lebedoff should have issued a report and recommendation, rather than an order in this matter. The label attached to Magistrate Judge Lebedoff's determination is significant because orders are reviewed by the Court under a clearly erroneous standard of review, see 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b), while report and recommendations are reviewed de novo. See 28 U.S.C. § 636(b)(1)(B); Local Rule 72.1(c)(2). Without commenting on the general merits of Plaintiffs' argument in this regard, the Court has conducted a de novo review of the of the record and the submissions of the parties, given the somewhat peculiar procedural aspects of this case. In addition to the parties' submissions relating to the appeal of Magistrate Judge Lebedoff's Order, the Court has also considered the briefs, affidavits, and oral arguments of the parties with respect to Defendants' Motion to Dismiss. Based on a review of the record and the submissions of the parties, the Court concurs with the rationale and conclusions of the Magistrate Judge. Plaintiffs' appeal is therefore denied. In addition, because Fischer may not be added as a Plaintiff to this lawsuit, the Court also denies as moot Defendants' Motion to Dismiss.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Appeal (Clerk Doc. No. 68) is **DENIED**;

2. Magistrate Judge Lebedoff's Order denying Plaintiffs' Motion to Amend (Clerk Doc. No. 53) is **AFFIRMED**; and

3. Defendants' Motion to Dismiss (Clerk Doc. No. 56) is **DENIED**.

Dated: March 13, 2001

Paul A. Magnuson
United States District Court Judge