**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**EUGENE F. KOREN, ROBERT E. MJOLSNESS, RICHARD G. OLSON, JOHN H. STINSON, and WILLIAM R. TROEHLER, for and in behalf of themselves and other persons similarly situated,**

Plaintiffs,

v.

**SUPERVALU, INC., and PREFERRED PRODUCTS, INC.,**

Defendants.

Civil No. 00-1479 (PAM/JGL)

**ORDER**

APPEARANCES

Craig Brandt, Esq. and Darrell Graham, Esq., for Plaintiffs.

Barbara D'Aquila, Esq. and Patrick Martin, Esq., for Defendants.

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on April 17, 2001, on Plaintiffs' Motion to Authorize Notice to Potential Class Members Pursuant to Hoffman-La Roche v. Sperling (Doc. No. 103). The case has been referred to the undersigned for resolution of pre-trial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

FILED 5-15-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Plaintiff's Motion to Amend Portions of the Pretrial Order**

Plaintiffs seek authorization from this Court to submit a notice to all potential plaintiffs similarly situated with the current plaintiffs, who have allegedly suffered discrimination based upon their ages. Plaintiffs also seek the names and addresses of former employees of Defendants who may have been affected by the alleged discriminatory policies. Plaintiffs assert that relevant discovery necessary to establish a colorable basis for their claim that similarly situated plaintiffs exist was produced late in the discovery process, as late as February 20, 2001, thereby delaying this motion. Defendants oppose the motion.

The Court has the authority to facilitate the notice process to potential plaintiffs. See Hoffmann-La Roche Inc. v. Sperling, 493 U.S. 165, 169 (1989). Plaintiffs must establish "at least a colorable basis for their claim that a class of 'similarly situated' plaintiffs exist." Severtson v. Phillips Beverage Company, 137 F.R.D. 264, 267 (D. Minn. 1991) ("Severtson I"). A "colorable basis" is established when the plaintiff submits "something more than the mere averments in its complaint in support of its claim." Severtson v. Phillips Beverage Company, 141 F.R.D. 276, 278-79 (D. Minn. 1992) ("Severtson II"). The Court need not make any findings of fact or credibility determinations with respect to contradictory evidence presented by the parties in order to determine whether a colorable basis exists for Plaintiffs' claims. See Severtson II, 141 F.R.D. at 279.

In the present case, Plaintiffs have submitted affidavits alleging that Defendants' actions over a period of time adversely affected older

employees. These allegations include a pervasive plan from upper management to eliminate older employees from the workplace through termination and abolition of jobs, where often younger employees were then promoted or hired to replace the older employees. Plaintiffs have alleged in their current affidavits that numerous former employees were affected by Defendants' adverse actions. Plaintiffs have alleged in their affidavits that a common thread exists that ties together a general pattern of discrimination throughout various departments and subsidiaries of Defendant SuperValu. Furthermore, Plaintiffs have submitted evidence that Leland Dake, a SuperValu Vice President, orchestrated a process by which older employees were eliminated from employment.

The Court finds that Plaintiffs were hindered from bringing their Sperling motion at an earlier date because Defendants had not produced the necessary documents that would allow Plaintiffs to sustain their burden. The Court further finds that Plaintiffs have submitted sufficient evidence to meet their burden of establishing a colorable basis for their claim. Plaintiffs have submitted evidence tending to show central control of employment decision making, opportunity to implement corporate employment decisions, and that decisions to terminate employees during Advantage restructuring was made on the basis of age. (See, e.g. Pls.' Mem. Supp. Mot. Authorize Notice to Potential Class Members at 7, 14-15; Ex. 4, 5, 18.) The fact that Defendants dispute these allegations has no bearing on whether Plaintiffs have established a colorable basis for their claim that a class of similarly situated plaintiffs exist. See Severtson II, 141 F.R.D. at 280.

Therefore, the Court grants Plaintiffs' motion. The parties shall have ten days from the date of this Order to file any suggested changes to the Proposed Notice submitted by Plaintiffs. Within ten days of this Order, Defendants shall provide the last known addresses for the 104 persons Plaintiffs have identified as potential plaintiffs, and any other person known to Defendants who was an employee of Defendants' Home Office or PPI on or after April 3, 1998, and who was age 40 or older when terminated, forced to resign or retire, or demoted from such employment. After the notice is approved by this Court, Plaintiffs' counsel may mail a copy of the notice to each person named on the attached "Exhibit A," and all other persons for whom Defendants provide a last known name and address pursuant to this paragraph.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Authorize Notice to Potential Class Members Pursuant to Hoffman-La Roche v. Sperling (Doc. No. 103) is **GRANTED** as set forth fully in the body of this Order.

Dated: May 14, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

| Name | DOB | Job Title | Term Date |
|---|---|---|---|
| ABBEY, WENDY J. | 9/25/45 | ORDER PROCESS CLRK A | 12/3/99 |
| ALGERI, THOMAS E | 8/12/47 | DIR. ADVERTISING PRODUCTION | 3/1/99 |
| AMUNDSEN, JOAN M | 4/8/59 | DIR TAX COMPLIANCE | 6/11/99 |
| ANDERSON, ROGER E | 2/5/54 | BUS. ANALYST - ACT. COSTING | 12/18/98 |
| BAUMGARTNER, MARY B | 8/18/59 | SR.SYST.ANALYST/PROG | 12/9/99 |
| BAVARO, NICHOLAS M. | 9/22/51 | PRODUCTION ARTIST | 4/5/99 |
| BELLAVANCE, PETER G | 6/4/49 | VP RETAIL MIS | 8/15/98 |
| BERNDSEN, JAMES T | 4/11/58 | MANAGER, ENERGY UTILIZATION | 8/13/99 |
| BODDICKER, DIANE K | 2/1/58 | PRODUCTION ARTIST | 10/28/98 |
| BRADACH, JEFFRY L | 8/9/48 | PROJECT MGR.SYSTEMS | 8/27/99 |
| BRENNA, NANCY J. | 8/9/55 | APPLICATIONS COORDINATOR | 5/29/98 |
| BUELOW, CAROL S. | 10/16/49 | CORP GROC/DAIRY/FROZ MGR | 9/3/98 |
| BURMOOD, RICHARD L. | 11/19/57 | ADVERTISING PROD. COORD/ARTIST | 4/21/98 |
| CAMPBELL, CHARLES T | 7/3/48 | DIR.PRODUCE | 9/11/98 |
| CHAMBERS, DUANE D. | 7/21/55 | MGR. EQUIPMENT APPLICATIONS | 11/12/98 |
| CZERWONKA, MAURYCY | 12/15/49 | MGR ACTIVITY COSTING | 3/26/99 |
| DANIELS, KENNETH L | 12/16/36 | DIR.SYSTEMS RESEARCH & DEV | 3/1/99 |
| DECHANTAL, CRAIG M | 9/11/53 | PROJECT SPECIALIST | 4/2/99 |
| DENNIS, SHARON R | 12/10/55 | ACCOUNTING SUPV | 9/12/98 |
| DINNEEN, JERILYN S. | 5/9/54 | SALES ANALYSIS TECHNICIAN | 6/15/98 |
| DRUCKREY, DARYL D | 12/31/56 | MARKET ANALYST | 4/17/98 |
| EVERHART, NORMAN P | 6/10/51 | REG. GROUP PROJ. MANAGER - DSG | 6/1/98 |
| FAIRBANKS, SHERYL A | 12/9/50 | SR.PROJECT MANAGER | 4/11/98 |
| FRYXELL, MARY A | 3/20/59 | ADVERTISING PROD. COORD/ARTIST | 6/4/99 |
| GILBERT, SHIRLEY J | 7/7/37 | INFORMATION SVCS COORD | 7/30/99 |
| GOMEZ, MARNA L | 8/31/47 | SIGN PROGRAM COORDINATOR | 5/13/98 |
| HAARHUES, ROBERT H | 10/18/56 | FRESH FOCUS PRODUCE COORD | 6/5/98 |
| HAMILTON, BRAD G. | 4/18/54 | PRODUCTION ARTIST | 6/4/99 |
| HANSEN, DAVE L | 8/13/57 | SR.TECH.ANALYST | 6/26/98 |
| HANSON, GERALD J | 2/9/58 | SYST.MGR.R/A SYSTEMS | 5/21/99 |
| HARRISON, PERRY C | 3/22/51 | DIR MARKET ANALYSIS | 11/6/98 |
| HASAN, CYNTHIA S. | 6/13/53 | PRODUCTION ARTIST | 6/4/99 |
| HILLSTROM, RODNEY J | 4/12/44 | DIR. PROJECT MANAGEMENT | 4/30/99 |
| HOERNEMANN, KATHY J | 12/24/47 | ADMIN. ASSISTANT | 6/4/99 |
| HOFFMAN, PETER M | 3/11/40 | LEAD SYSTEMS ANALYST | 5/29/98 |
| HUSSEY, CLARK J | 12/23/42 | PROJECT SPECIALIST | 3/1/99 |



EXHIBIT A

| Name | DOB | Job Title | Term Date |
|---|---|---|---|
| IHLI, JOANNE M. | 12/12/57 | ACCOUNTING ASST | 8/18/99 |
| JACOBSON, JAMES G | 12/4/57 | SR. CREDIT ANALYST | 2/12/99 |
| JACOBSON, LADONNA L | 5/21/37 | SALES ANALYST | 8/31/99 |
| JAMES, JEAN E. | 4/24/52 | PROGRAM ANALYST | 5/26/98 |
| JANVRIN JR., F GEOR | 4/20/55 | SR.TECH.ANALYST | 10/23/98 |
| JENNION, CRAIG R. | 3/4/48 | PRODUCTION ARTIST | 7/9/99 |
| JENSEN, PHYLLIS A. | 8/23/50 | SR.SYST.ANALYST/PROG | 8/28/98 |
| JOHNSON, DARLENE L | 8/20/33 | CLERK TYPIST | 8/31/98 |
| JONES, ANN | 9/9/36 | DIR. TRAINING DEV.-RET. FOODS | 11/27/98 |
| JONES, PAULA K | 4/25/59 | FRESH FOCUS DEL/FOOD SVC COORD | 7/9/99 |
| JOY, MARJORIE A | 1/20/47 | ADVERTISING PROD. SUPERVISOR | 5/15/98 |
| KIRBY, MELANIE R. | 1/4/55 | COMPENSATION ADMINISTRATOR | 5/26/99 |
| KOREN, EUGENE F. | 7/5/42 | PACKAGING MANAGER | 6/5/98 |
| LADEAN, SCOTT C. | 10/18/56 | MANAGER - FEDERAL TAX | 10/29/98 |
| LARSON, BRUCE N. | 11/19/52 | SR.TECH.ANALYST | 5/11/98 |
| LINES, SUSAN L. | 1/13/50 | SR MANAGER, PROGRAM MGMT | 6/4/99 |
| LUBY, CHARLES J | 8/15/38 | SR. PROJECT MANAGER | 5/22/99 |
| MAAS, LOIS J. | 9/27/50 | ACCOUNTING COORD | 6/4/99 |
| MARSH, CONNIE A | 3/25/56 | SR.EXECUTIVE SEC. | 10/9/98 |
| MAUER, KATHLEEN A | 9/5/55 | ACCOUNTING COORD | 10/8/99 |
| MERTES, RITA M | 10/13/46 | SR.SYST.ANALYST/PROG | 7/30/98 |
| MERTZ, CYNTHIA J. | 2/12/58 | EQUIPMENT APPLICATIONS ASST. | 12/14/98 |
| MJOLSNESS, ROBERT E | 7/30/40 | BUYER | 7/17/98 |
| MLYNEK, ELLEN M | 9/8/46 | EXECUTIVE SECRETARY | 5/1/98 |
| MOORE, RONALD W | 6/6/58 | PROJECT TEAM BUS CONSULTANT | 11/13/98 |
| MOSLEMI, MANOUCHEHR | 3/30/45 | VP RETAIL MIS | 7/3/98 |
| NANNINGA, GERALD C | 5/6/54 | DIR OF CORP AND BUS PLANNING | 8/7/98 |
| NAWROT, RICHARD E. | 3/1/47 | VP,INFORMATION SERVICES | 8/28/98 |
| NELSON, ROBERT B | 8/11/52 | PRODUCE MERCHANDISING MGR | 11/20/99 |
| NEWBY, WILLIAM M. | 2/6/52 | SR.SYSTEMS OPER | 7/9/98 |
| OELKERS, ANNA M | 5/17/33 | CASHIER | 5/31/98 |
| OLSON, REBECCA S | 8/14/52 | BUS SYS ANLYST/ACCTG | 5/5/99 |
| OLSON, RICHARD G | 9/14/44 | MGR CORP PRODUCTION SUPPORT | 4/11/98 |
| O'NEILL, COLLEEN P. | 2/4/57 | MGR, PROG MGMT & SYST PLANNING | 2/26/99 |
| PAUL, JUDY C | 7/1/56 | DIR. CORPORATE RECRUITING | 12/11/98 |
| PAYNE III, JAMES W | 12/4/37 | GEN.DIR.REGIONAL INFO SERVICES | 12/5/98 |
| PENNEY, MARY J. | 5/17/56 | ADMIN. COORDINATOR | 8/17/99 |
| PERRY, C. JANE | 3/19/35 | SPVSR OPER SUPPORT | 3/1/99 |
| PETERSON, MARCIA A | 2/18/57 | EQUIPMENT APPLICATIONS ASST. | 3/1/99 |
| PETERSON, RICHARD L | 10/15/56 | PERFORMANCE CONSULTANT-SVU | 3/19/99 |

| Name | DOB | Job Title | Term Date |
|---|---|---|---|
| PHOENIX, ARDELL B. | 10/5/47 | EXECUTIVE SECRETARY | 7/17/98 |
| RIISAGER, JOAN T | 1/7/50 | SR.ACCOUNTING CLERK | 7/17/98 |
| ROBERTS-MATTINGLEY, | 7/30/49 | EXECUTIVE SECRETARY | 6/20/99 |
| ROSS, MICHAEL D | 4/29/50 | SR.TECH.ANALYST | 5/1/98 |
| SATHER, MARK F. | 10/31/47 | MANAGER, RETAIL MIS PRODUCTS | 7/22/98 |
| SEERY, NINA J. | 1/28/34 | GM CATALOG COORDINATOR | 3/19/99 |
| SIMPSON, HENRY CHRI | 1/6/59 | DIR.INTERNAL CONTROL | 12/17/99 |
| SKUBAL, DEBORAH L. | 3/10/53 | SR.TECH.ANALYST | 5/25/99 |
| SMITH III, HOUGHTON | 3/6/47 | CORP SR VP INFO TECHNOLOGY | 6/1/98 |
| SMITH, SHELLI S | 10/9/54 | GENL MERCH CAT MGR | 9/4/98 |
| SOLLOM, STEVEN D. | 11/20/50 | MGR.RETAILER OP'NS | 5/21/99 |
| SONDAY, RALPH E. | 7/7/33 | CORP CLAIMS SPECIALIST | 1/1/99 |
| SOVA, ANNETTE | 11/24/49 | CREATIVE SERVICES ACCOUNT SUPV | 6/4/99 |
| STACY, LINDA K | 11/28/56 | EXECUTIVE SECRETARY | 1/1/99 |
| STINSON, JOHN H. | 3/24/47 | DIR. CLIENT SERVER & NET. SVC. | 8/15/98 |
| STOECKLEIN, RICHARD | 3/18/55 | NATL LOGISTICS DIRECTOR | 5/22/99 |
| TROEHLER, WILLIAM R | 4/20/47 | PPI PRODUCT MANAGER | 7/17/98 |
| TROUT-OERTEL, DIANE | 7/11/43 | PROJ. MANAGER II - DSG | 7/22/99 |
| URBANIAK, RONALD A | 2/13/36 | MGR.DISBURSEMENTS | 3/1/99 |
| VAN BENTHUYSEN, WAL | 4/5/39 | CHAIRMAN/CEO | 8/15/99 |
| VERHAEG. ANTONIUS P | 7/25/45 | DIR TECHNICAL SERVICES | 8/15/98 |
| VORK, HOWARD C | 3/20/31 | CORP. R/S PRODUCT MANAGER | 3/1/99 |
| WADDINGTON, WILLIAM | 6/6/54 | MANAGER, MANAGEMENT TRAINING | 7/17/98 |
| WAGNER, ALEATRICE A | 9/6/37 | FMIS SLS/BDGT SPCLST | 11/1/99 |
| WARREN, LYNN E | 5/24/49 | PRODUCTION ARTIST | 4/13/99 |
| WEBER, DIANE C. | 6/21/44 | ACCOUNTING CLERK | 2/25/99 |
| WELTER, JUDY A | 3/27/50 | STORE BRANDS CATEGORY MANAGER | 4/16/99 |
| WENDT, DENNIS R. | 3/11/47 | SR.PROJ.ARCHITECT | 6/23/99 |
| WERNER, GLORIA | 1/27/35 | BENEFITS MANAGER | 3/1/99 |
| WIEGAND, RANDY L | 4/14/49 | VP MARKETING | 5/15/98 |
| WILDS, KENNETH M. | 12/10/57 | ENG.DESIGN DRAFTER | 8/27/99 |
| WINGE, PATTY K | 8/22/47 | TECH.SUPPORT GRP.LDR | 10/2/98 |
| ZIMMERMAN, JAMES L. | 7/26/50 | GENL MERCH CAT MGR | 5/11/99 |

**Total Count of EEs Terminated On Or After 4/3/98 Who Are 40 Or Older: 109**