UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eugene F. Koren, Robert E. Mjolsness, Richard G. Olsen, John H. Stinson, and William R. Troehler, for and in behalf of themselves and other persons similarly situated,

Plaintiffs,

v.

Supervalu, Inc. and Preferred Products, Inc.,

Defendants.

Civil File No. 00-1479 (PAM/JGL)

**ORDER**

---

This matter is before the Court on Defendants' appeal of United States Magistrate Judge Jonathan G. Lebedoff's Order dated May 14, 2001, in which Magistrate Judge Lebedoff granted Plaintiffs' Motion to Authorize Notice to Potential Class Members Pursuant to Hoffman-La Roche v. Sperling, 493 U.S. 165 (1989). Also before the Court is Defendants' Motion for Stay Pending Appeal of the Magistrate Judge's Sperling Order.

The Court turns first to Defendants' Motion for Stay Pending Appeal of the Sperling Order. Because the Appeal and Motion for Stay are being decided at the same time, the Motion for Stay is essentially moot, and will be denied on that basis. Nevertheless, the Court feels compelled to comment about the circumstances surrounding the Motion for Stay. Magistrate Judge Lebedoff's Order granting Sperling notice explicitly directed Defendants to provide contact information for all potential plaintiffs "[w]ithin ten days of the date of this

FILED JUL 20 2001
RICHARD D. S...
JUDGMENT E...
DEPUTY CLERK

Order." Magistrate Judge Lebedoff's Order was signed on May 14, 2001. As far as this Court is aware, Defendants have yet to comply with that Order. Absent an order from this Court staying Judge Lebedoff's Order, Defendants have no legitimate basis on which to fail to comply with that Order. Moreover, Defendants did not move for a stay of Judge Lebedoff's Sperling Order until after the ten-day period prescribed by Judge Lebedoff expired. While the Court understands Defendants' reasons for filing the Motion for Stay, and under proper circumstances may have granted such a stay, it finds Defendants' failure to file a motion for stay in a timely manner distressing. Rather than disregarding the time constraints legitimately imposed by Magistrate Judge Lebedoff, Defendants should have filed an expedited Motion for Stay with the Court before they were required to act under Judge Lebedoff's Order. Defendants are cautioned not to repeat what this Court sincerely hopes was an aberrational lapse in judgment.

The Court now turns to Defendants' Appeal of Judge Lebedoff's Order. The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b). Based on review of the record and the submissions of the parties, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous nor contrary to law. Defendants' appeal is therefore denied.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' Appeal (Clerk Doc. No. 145) is **DENIED**;

2. Magistrate Judge Lebedoff's Order Granting Sperling Notice (Clerk Doc. No. 133) is **AFFIRMED**;

3. Defendants shall immediately comply with Magistrate Judge Lebedoff's Order; and

4. Defendants' Motion for Stay (Clerk Doc. No. 145) is **DENIED AS MOOT**.

Dated: July 20, 2001

Paul A. Magnuson
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500