UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eugene F. Koren, Robert E. Mjolsness, Richard G. Olsen, John H. Stinson, and William R. Troehler, for and in behalf of themselves and other persons similarly situated,

Plaintiffs,

Civil File No. 00-1479 (PAM/JGL)

v.

**ORDER**

Supervalu, Inc. and Preferred Products, Inc.,

Defendants.

---

This matter is before the Court on a July 23, 2001, letter from Defendants requesting permission, pursuant to Local Rule 7.1(g), to file a Motion for Reconsideration of the Court's July 20, 2001, Order denying Defendants' Motion for Stay and denying Defendant's appeal from Magistrate Judge Lebedoff's May 14, 2001, Order granting Plaintiff's Sperling Motion. "Motions to reconsider are prohibited except by express permission of the Court, which will be granted only upon a showing of compelling circumstances." L.R. 7.1(g); see also Ferguson v. Michael Foods, Inc., No. 98-1386, 1999 WL 1063156, *11-*12 (D. Minn. Aug. 24, 1999) (noting that such motions should not be granted as a matter of course because that would render the judicial process unduly expensive and time-consuming). The Court finds that the present circumstances do not warrant reconsideration because the submitted request

FILED AUG - 8 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

does not raise any new facts or issues that were not already previously considered by the Court.

Defendants have also submitted a Petition for Discretionary Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b). The Court also denies this request. The Court is not "of the opinion that [the Sperling Order] involves a controlling question of law as to which there is substantial ground for difference of opinion and [for which] an immediate appeal . . . may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b).

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' request for permission to file a Motion for Reconsideration Appeal (Clerk Doc. No. 167) is **DENIED**;
2. Defendants' Petition for Discretionary Interlocutory Appeal (Clerk Doc. No. 170) is **DENIED**; and
3. Defendants' Motion for Stay Pending Reconsideration or Appeal (Clerk Doc. No. 168) is **DENIED AS MOOT**.

Dated: August 7, 2001

Paul A. Magnuson
United States District Court Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500