IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Eugene F. Koren, Robert E. Mjolsness, Richard G. Olson, John H. Stinson, and William R. Troehler, for and in behalf of themselves and other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERVALU INC. and Preferred Products, Inc.,<br><br>Defendants. | Civil Action No. 00-1479 PAM/JGL<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL OF COUNT V OF COMPLAINT** |

Plaintiff John H. Stinson and Defendants, by and through the undersigned counsel, stipulates to the dismissal with prejudice of Count V of the Amended Complaint relating to Plaintiff Stinson's claim of Intentional Infliction of Emotional Distress. The parties hereto agree that this Stipulation of Dismissal shall not give rise to any defenses of issue preclusion or collateral estoppel or otherwise effect in any way any of the remaining claims of Plaintiff Stinson or any other named or opt-in Plaintiff. Each party shall bear its own costs and attorneys' fees as to Count V. The parties also agree that this Stipulation for Dismissal shall not preclude or otherwise hinder Defendants from seeking to compel Independent Medical



FILED NOV 13 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Examinations for Plaintiff Stinson or any other named or opt-in Plaintiff. Moreover, Plaintiff Stinson has agreed in concept to appear for an Independent Medical Examination.

Dated: November 8, 2001

**GRAY PLANT MOOTY MOOTY & BENNETT, P.A.**

Stephen J. Snyder #103019
Craig A. Brandt #214036
Laurie A. Knocke #168142
33 South Sixth Street
Suite 3400
Minneapolis, MN 55402
(612) 343-2800
***Attorneys for Plaintiff John H. Stinson***

Dated: November 7, 2001

**FLYNN & GASKINS, L.L.P.**

Barbara Jean D'Aquila #2112X
Patrick R. Martin #0259445
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorney for Defendants***

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: November 9, 2001

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge