IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Eugene F. Koren, Robert E. Mjolsness, Richard G. Olson, John H. Stinson, and William R. Troehler, for and in behalf of themselves and other persons similarly situated,

Plaintiffs,

vs.

SUPERVALU INC. and Preferred Products, Inc.,

Defendants.

Civil Action No. 00-1479 PAM/JGL

**STIPULATION AND JOINT MOTION TO MODIFY PRETRIAL SCHEDULE AND PROPOSED ORDER**

All parties to the above-captioned action, through their undersigned counsel, hereby stipulate and agree that, as a result of two recent additional plaintiffs opting-in to this case and other scheduling matters, there is good cause to extend the pretrial schedule in this action as set forth herein pursuant to Local Rule 16.3(a).

Accordingly, the parties further stipulate and agree and hereby jointly move that the Court adopt and enter the following modifications to the Pretrial Schedule dated May 29, 2001:

1. The period during which the parties may conduct discovery shall terminate on May 8, 2002.

2. All non-dispositive motions, specifically those which relate to discovery and the discovery period, shall be filed and served on or before May 8, 2002.

3. No more than 30 interrogatories (counted in accordance with Fed. R. Civ. Pro. 33) shall be served by any side.

4. With regard to expert disclosures:

The plaintiffs' disclosures shall be made on or before March 15, 2002; and

DEC 04 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The defendants' disclosures shall be made on or before April 19, 2002.

5. All dispositive motions shall be served, filed, and fully briefed prior to July 8, 2002.

6. This case shall be ready for trial on August 1, 2002, at which time the case will be placed on the Court's August 2002 trial calendar.

7. The parties disagree about the amount of time necessary to complete discovery. Nevertheless, they enter into this stipulation as an accommodation at this time, without prejudice to defendants' right to seek additional time and plaintiffs' right to oppose any further extensions of the schedule.

8. The parties agree to attempt to schedule a settlement conference with the Court at the Court's and the parties' earliest convenience in the December, 2001 through January, 2002 timeframe.

9. The depositions of Mr. Noddle, Ms. Knous, and Mr. Dake shall proceed before the plaintiffs' depositions and the other depositions noted by defendants, unless the parties agree otherwise or unless defendants fail to provide agreeable dates for the depositions of Mr. Noddle, Ms. Knous, and Mr. Dake occurring before February, 2002 ends.

10. The parties agree to a holiday break from December 20, 2001 through January 4, 2002, during which time counsel for the parties shall refrain from scheduling matters, conducting or serving discovery, serving motions, and/or contacting the other side by correspondence, telephone, or otherwise, except in exceptional circumstances.

11. To the extent not expressly modified herein, the terms of the Pretrial Schedule dated May 29, 2001, remain in force and effect.

Dated: 12/3, 2001

**GRAY PLANT MOOTY MOOTY & BENNETT, P.A.**

Stephen J. Snyder #103019
Craig A. Brandt #214036
Laurie A. Knocke #168142
33 South Sixth Street
Suite 3400
Minneapolis, MN 55402
(612) 343-2800
*Attorneys for Plaintiffs*

Dated: Dec 3, 2001

**FLYNN & GASKINS, L.L.P.**

Barbara Jean D'Aquila #2112X
Cynthia A. Bremer, #0273119
Patrick R. Martin #0259445
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, Minnesota 55402
(612) 333-9500
*Attorneys for Defendants*

**ORDER**

This matter came before the Court on the parties' Stipulation and Joint Motion to Modify the Pretrial Schedule. The Court hereby GRANTS said motion in all respects and adopts the proposed pretrial schedule set forth therein.

IT IS SO ORDERED.

Dated: Dec 4, 2001

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge