**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Eugene F. Koren, Robert E. Mjolsness, Richard G. Olson, John H. Stinson, and William R. Troehler, for and in behalf of themselves and other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERVALU INC. and Preferred Products, Inc.,<br><br>Defendants. | Civil File No. 00-1479 PAM/JGL<br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |

The above captioned matter came on for hearing before the Honorable Magistrate Judge Jonathan G. Lebedoff on February 22, 2002, pursuant to defendants' Motion to Extend the Pretrial Schedule.

Barbara Jean D'Aquila and Patrick R. Martin, FLYNN, GASKINS & BENNETT, L.L.P., appeared for an on behalf of defendants; Stephen J. Snyder and Craig A. Brandt, GRAY, PLANT, MOOTY, MOOTY & BENNETT appeared for and on behalf of plaintiffs.

Based upon the Notice of Motion and Motion, the supporting and opposing memoranda of law, arguments of counsel, and all of the pleadings, files, and records herein, and the Court being fully advised in the matter,

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Defendants' Motion to extend the pretrial schedule is hereby GRANTED in part, as set forth below.

2. The period during which the parties may conduct discovery shall terminate on July 1, 2002.

FEB 2 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. All non-dispositive motions, specifically those which relate to discovery and the discovery period, shall be filed and served on or before July 1, 2002.

4. With regard to expert disclosures:

The plaintiffs' disclosures shall be made on or before May 8, 2002; and

The defendants' disclosures shall be made on or before June 12, 2002.

5. All dispositive motions shall be served, filed, and fully briefed prior to August 30, 2002.

6. This case shall be ready for trial on September 1, 2002, at which time the case will be placed on the Court's September, 2002 trial calendar.

7. The deposition of plaintiff Richard Olson shall take place near his home in North Carolina. The deposition of plaintiff William Troehler shall take place on a weekend in the vicinity of Springfield, Massachusetts.

8. To the extent not expressly modified herein, the terms of the prior Pretrial Schedules remain in force and effect.

SO ORDERED this 26 day of Feb., 2002.

BY THE COURT:

The Honorable Jonathan G. Lebedoff
UNITED STATES MAGISTRATE JUDGE