UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Eugene F. Koren, Robert J. Mjolsness Richard G. Olson, John H. Stinson, and William R. Troehler, for and in behalf of themselves and other persons similarly situated,

Plaintiffs,

vs.

SUPERVALU INC. and Preferred Products, Inc.,

Defendants.

---

Civil File No. 00-1479 PAM/JGL

**JOINT STIPULATION AND MOTION RELATED TO INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF STINSON AND ORDER**

All parties to the above-captioned action, through their undersigned counsel, jointly stipulate and agree to the following matters related to Defendants' request to conduct an Independent Medical Examinations ("IME") of Plaintiff John H. Stinson:

1. Mr. Stinson agrees to appear for an IME with Dr. Carl Malmquist on April 24, 2002 beginning at 9:00 a.m.

2. Dr. Malmquist's IME of Mr. Stinson may take place for no more than 4 hours on April 24, 2002.

3. This IME will not be videotaped or audiotaped and no attorneys will attend.

4. Dr. Malmquist shall not question Mr. Stinson regarding any communications with his lawyers. If Mr. Stinson volunteers information about his relationships with his lawyers, Dr. Malmquist can ask about the effects of those relationships, although Dr. Malmquist still cannot ask about Mr. Stinson's communications with his lawyers.

APR 2 6 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. Nothing in this Stipulation shall be construed as a waiver by Plaintiff Stinson of any objections he may have to this IME or to the propriety or appropriateness of any tests or analysis utilized, or to the admissibility of any report or witness testimony based on this IME. Defendants reserve the right to seek more time for this IME from the Court should Dr. Malmquist deem it necessary, but such additional time shall be granted only on a showing that Mr. Stinson substantially failed to cooperate. The factfinder will not be advised of this stipulation.

Dated: 4/23, 2002

**GRAY PLANT MOOTY MOOTY & BENNETT, P.A.**

Stephen J. Snyder #103019
Laurie A. Knocke #168142
Craig A. Brandt #214036
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 343-2800
***Attorneys for Plaintiffs***

Dated: 4-23, 2002

**FLYNN, GASKINS & BENNETT, L.L.P.**

Barbara Jean D'Aquila #2112X
Cynthia A. Bremer #0273119
Patrick R. Martin #0259445
2900 Metropolitan Centre
333 South Seventh Street
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Defendants***

# ORDER

This matter came before the Court on the parties' Joint Stipulation and Motion Related to Independent Medical Examination of Plaintiff Stinson. The Court hereby GRANTS said motion in all respects.

**IT IS SO ORDERED.**

Dated: April 25, 2002

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge

GP:875754 v2