ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Eugene F. Koren, Robert E. Mjolsness, Richard G. Olson, John H. Stinson, and William R. Troehler, for and in behalf of themselves and other persons similarly situated,

Plaintiffs,

vs.

SUPERVALU INC. and Preferred Products, Inc.,

Defendants.

Civil Action No. 00-1479 PAM/JGL

**JOINT STIPULATION AND MOTION RELATED TO NUMBER OF EXPERTS AND ORDER**

All parties to the above-captioned action, through their undersigned counsel, jointly move, stipulate, and agree that each side shall be allowed to call up to four (4) persons to provide expert testimony at trial.

Dated: 4/26, 2002

**GRAY PLANT MOOTY MOOTY & BENNETT, P.A.**

C A B

Stephen J. Snyder #103019
Craig A. Brandt #214036
33 South Sixth Street
Suite 3400
Minneapolis, MN 55402
(612) 343-2800
***Attorneys for Plaintiffs***

Dated: 4-25-02, 2002

**FLYNN, GASKINS & BENNETT, L.L.P.**

Barbara Jean D'Aquila #2112X
Cynthia A. Bremer, #273119
Patrick R. Martin #259445
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Defendants***

APR 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

This matter came before the Court on the parties' Joint Stipulation and Motion Related to Number of Experts. Pursuant to the above stipulation, each side is allowed to call up to four (4) experts to provide testimony at trial. The Court hereby GRANTS said motion in all respects.

IT IS SO ORDERED.

Dated: April 29, 2002

The Honorable Jonathan G. Lebedoff
United States Magistrate Judge