**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**EUGENE F. KOREN, ROBERT E. MJOLSNESS, RICHARD G. OLSON, JOHN H. STINSON, and WILLIAM R. TROEHLER, for and in behalf of themselves and other persons similarly situated,**

Plaintiffs,

**v.**

**SUPERVALU, INC., and PREFERRED PRODUCTS, INC.,**

Defendants.

Civil File No. 00-1479 (PAM/JGL)

**O R D E R**

---

APPEARANCES

Stephen Snyder, Esq., and Craig Brandt, Esq., for Plaintiffs.

Barbara D'Aquila, Esq., and Shalanda Ballard, Esq., for Defendants.

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

At the motion hearing on June 21, 2002, Defendants requested that the Pretrial Scheduling Order be amended to provide a two week extension for all existing dates. Defendants request this extension because Defense Counsel is dealing with a serious illness in her family.

After a discussion with the Honorable Paul A. Magnuson, the trial judge assigned to this case, the Court grants the following extensions to the Pretrial Scheduling Order:

FILED JUN 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(1) Dispositive motions deadline is September 30, 2002; and

(2) The trial ready date is October 1, 2002.

The Parties will note that the Court has extended the schedule four weeks, rather than the requested two weeks. Additional time has been built into the schedule to accommodate the Parties' and Counsels' personal schedules, many of which have been changed to accommodate prior extensions. The Court trusts the Parties will work together to accommodate personal schedules, especially in light of the unique events that precipitate this extension. The Court declines to extend the discovery deadline.

It is only with the greatest reluctance that the Court grants yet another scheduling order extension in this case. Despite the tragic circumstances that mandate this extension, the Parties are advised that absent extraordinary circumstances, no further extensions of the Pretrial Scheduling Order will be granted.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Pretrial Scheduling Order is amended in the following ways:

(1) All dispositive motions shall be served, filed, and fully briefed prior to September 30, 2002;

(2) The case shall be ready for trial on October 1, 2002; and

(3) All other pretrial scheduling dates remain unchanged.

Dated: June 21, 2002

JONATHAN LEBEDOFF
Chief United States Magistrate Judge