UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eugene F. Koren, Robert E. Mjolsness, Richard G. Olson, John H. Stinson, William Troehler, for and on behalf of themselves and other persons similarly situated,

Plaintiffs,

vs.

Supervalu, Inc., Preferred Products, Inc.,

Defendants.

Civil 00-1479 (RHK/AJB)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: July 2, 2002

RICHARD H. KYLE
United States District Judge

JUL 02 200?
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Eugene F. Koren Et al VS Supervalu Inc

Per attached ORDER FOR REASSIGNMENT, this action is reassigned to

Judge Ann D. Montgomery - Case No. 00-CV-1479 ADM/AJB