UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EUGENE F. KOREN, ET AL.,

Plaintiffs,

v.

SUPERVALU, INC.,

Defendant.

Case No. 00-1479 ADM/AJB

NOTICE OF
SCHEDULING CONFERENCE

---

WHEREAS, the Court has received a request by Defendant that a scheduling conference be held in this matter, and

WHEREAS, Plaintiffs do not oppose said request,

IT IS HEREBY ORDERED THAT the Defendant's request is **granted**. The parties shall appear for a scheduling conference on August 20, 2002 at 2:00 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: August 9, 2002

Arthur J. Boylan
U. S. Magistrate Judge

MEMORANDUM

On July 31, 2002, Defendant's counsel wrote to the Court concerning an issue

Filed AUG 0 9 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

surrounding Plaintiff's First Request for Admissions No. 28. The Court hereby directs that the lawyers be prepared to address this issue during said conference. To the extent that a response is due before August 20, 2002, said response is stayed pending the Court's consideration of the issue at the above scheduled conference.

AJB