**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Eugene F. Koren, et al., Civil No. 00-1479 (ADM/AJB)

Plaintiffs,

v. **ORDER ON SCHEDULING**

Supervalu, Inc., et al.,

Defendants.

This matter is before the Court, Magistrate Judge Arthur J. Boylan, for purposes of scheduling and related matters. Conference was held on August 20, 2002, at the U.S. Courthouse 316 No. Robert St., St. Paul, MN 55101. Stephen Snyder, Esq., appeared on behalf of the plaintiffs. Barbara Jean D.Aquila, Esq., appeared on behalf of the defendants.

Based upon the file and representations of counsel, **IT IS HEREBY ORDERED** that:

1. The deadline for serving disspositive motions is August 30, 2002. Motions shall be served by courier delivery on that date.

2. Class de-certification motion shall be construed as a dispositive motion and shall be subject to the dispositive motion deadline date, August 30, 2002.

3. Defendants' request for permission to file a memorandum of law exceeding the 35 page limit at Local Rule 7.1(c) is granted. However, defendants' request for permission to submit 75 pages of briefing is denied. Each side may file memorandums not to exceed a cumulative total of 50 pages which shall include briefing on all disposition motion matters, including summary judgment issues and decertification, and shall further include any reply brief.

FILED AUG 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

4. With respect to Request No. 28 of plaintiffs' first set of admissions requests, plaintiffs acknowledge that defendants would not be required to respond to Request No. 28 pursuant to a reading of the Court's Order dated June 28, 2002, that would be consistent with the Court's ruling relating to other admissions requests. Defendants are not required to respond to admissions Request No. 28.

Dated: August 20, 2002

Arthur J. Boylan
United States Magistrate Judge