UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EUGENE F. KOREN, et al.,

Plaintiffs,

v.

SUPERVALU INC. and
PREFERRED PRODUCTS,

Defendants.

CIVIL NO. 00-1479 (ADM/AJB)

NOTICE OF HEARING

PLEASE TAKE NOTICE that on October 16, 2002 at 10:30 a.m. in Courtroom 628A, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, the undersigned will hold a hearing on the following Motions:

1. Plaintiffs' Motion to Strike Portions of the Affidavit of Mary Dunn Baker, Ph.D and Marck Schmit (Docket No. 260);

2. Plaintiffs' Motion for Order for Clarification of the Status of Opt-In Consent of Glenn E. Fischer (Docket No. 263);

3. Alternative Motion by Defendant regarding Plaintiffs' Motion for Clarification (Docket No. 266);

4. Plaintiffs' Motion for Sanctions Pursuant to Rule 37(b)(2) For Failure To Comply With a Court Order (Docket No. 271); and

5. Defendants' Motion to Strike (Docket No. 302).

Each side will be allowed 30 minutes to argue. All papers shall be served and filed pursuant to the Local Rules.

Defendants' Motion to Reserve Their Right to File a Bifurcation Motion (Docket No. 250) and Defendants' Motion for Summary Judgment, and/or For Decertification (Docket No. 278) will be heard before District Court Judge Ann D.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Montgomery. The Parties shall jointly contact Judge Montgomery's Chambers to schedule a hearing.

Dated: October 9, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge