UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EUGENE KOREN, ET AL.,

Plaintiffs,

v.

SUPERVALU INC., ET AL.,

Defendants.

Case No. 00-1479 ADM/AJB

NOTICE OF SETTLEMENT CONFERENCE

---

A settlement conference will be held on April 9, 2003 at 9:00 a.m., in Room 638, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

Each attorney shall submit to the undersigned no later than 3:00 p.m. on April 8, 2003, a confidential letter setting forth the parties' respective settlement positions.

Dated: 4/3/03

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed APR 03 2003
Richard Sletten, Clerk
Judgment Entered______
Deputy Clerk's Initials______