UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EUGENE KOREN, ET AL.,

Plaintiffs,

v.

SUPERVALU INC., ET AL.,

Defendants.

Case No. 00-1479 ADM/AJB

NOTICE OF
SETTLEMENT CONFERENCE

---

An all-day settlement conference will be held on June 4, 2003 at 9:00 a.m., in Room 638, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who will actually try the case and each party, armed with full settlement discretion, shall be present. If counsel wishes to submit an updated confidential letter regarding settlement you may do so, however it is not a requirement.

Dated: May 13, 2003

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED MAY 14 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______