UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Eugene F. Koren, Robert E. Mjolsness, Richard G. Olson, John H. Stinson, and William R. Troehler, for and in behalf of themselves and other persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERVALU INC. and Preferred Products, Inc.,<br><br>Defendants. | Civil No. 00-1479 ADM/AJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY AND ORDER** |

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by Eugene F. Koren, Robert E. Mjolsness, Richard G. Olson, John H. Stinson, William R. Troehler, James W. Payne III, Sharon R. Dennis, Glenn E. Fischer, through their counsel, and by defendants, through their counsel, that the above-captioned action may and shall be dismissed in its entirety on the merits, with prejudice and without costs (including but not limited to any statutory costs, attorneys' fees, and/or disbursements) to any party.

Dated: July 24, 2003

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

[signature]

Stephen J. Snyder, #103019
Craig A. Brandt, #214036
33 South Sixth Street, Suite 3400
Minneapolis, Minnesota 55402
(612) 343-2800
***Attorneys for Plaintiffs***

Dated: August 12, 2003

FLYNN, GASKINS & BENNETT, L.L.P.

Cynthia A. Bremer

Barbara Jean D'Aquila, #2112X
Cynthia A. Bremer, #273119
Patrick R. Martin, #259445
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, Minnesota 55402
(612) 333-9500
***Attorneys for Defendants***

FILED 9.8.03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 9.8.03
DEPUTY CLERK

**ORDER**

It having been brought to the Court's attention the fact that all parties agree to modification of the Protective Order and agree to dismiss this action in its entirety with prejudice and without costs (including but not limited to any statutory costs, attorneys' fees, and/or disbursements) to any party,

IT IS HEREBY ORDERED THAT this action is dismissed in its entirety with prejudice and without costs (including but not limited to any statutory costs, attorneys' fees, and/or disbursements) to any party.

LET JUDGMENT OF DISMISSAL WITH PREJUDICE BE ENTERED ACCORDINGLY.

Dated: September 8, 2003

BY THE COURT:

The Honorable Ann D. Montgomery
United States District Court Judge

GP:1484177 v1